# MOSKOWITZ COLSON
# GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

November 27, 2023

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   11/30/2023

BY ECF

Hon. Vernon S. Broderick
U.S. District Judge
U.S. Courthouse
40 Center Street
New York, N.Y. 10007

Re: U.S. v. Peter Weiser
23 Cr. 514 (VSB)

Dear Judge Broderick:

This letter is respectfully submitted on behalf of the defendant Peter Weiser, to request a modification of his bail conditions to allow him to travel to Florida for a brief vacation and to Baltimore to attend a family celebration.

If allowed to travel to Florida, Mr. Weiser will leave on December 4 and return on December 14. During his time in Florida, he will be staying at his daughter's apartment, 4749 Collins Avenue, Apt. 503, Miami Beach, Fla.

If allowed to travel to Baltimore, Mr. Weiser will travel on Saturday night, December 30, and will return to New York on January 1, 2024. While in Baltimore, Mr. Weiser will be staying at the Four Seasons Hotel, 200 International Drive, Baltimore, Md.

I have been in contact with AUSA Jilan Kamal and Mr. Weiser's Pretrial Services Officer, Vanessa Pedromo, and both have informed me that they have no objections to the requested bail modifications.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz