

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2023

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   11/30/2023

Re:   *United States v. Peter Weiser et al.*, 23 Cr. 514 (VSB)

Dear Judge Broderick:

     The Government writes to respectfully request until December 13, 2023, to complete its production of Rule 16 material in this case. Consistent with the Government's representations to the Court during the initial conference held on October 16, 2023, the volume of electronic data to be produced in discovery is vast. The Government has been advised by its vendor that it requires additional time to complete the imaging and copying of data. Defense counsel for each defendant has consented to this request.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

By:   _____
       Nicholas Chiuchiolo / Jilan Kamal / Sagar Ravi
       Assistant United States Attorneys
       (212) 637-1247 / 2192 / 2195

Cc:  Defense counsel via ECF