# MOSKOWITZ COLSON
# GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

December 1, 2023

BY ECF

Hon. Vernon S. Broderick
U.S. District Judge
U.S. Courthouse
40 Center Street
New York, N.Y. 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  12/01/2023

Re: U.S. v. Peter Weiser
23 Cr. 514 (VSB)

Dear Judge Broderick:

On November 30, Your Honor entered an Order modifying Mr. Weiser's bail conditions to allow him to travel to Florida from December 4 through December 14. Unfortunately, Mr. Weiser, in making his travel plans, mistakenly made arrangements to travel from December 3 through December 13. In light of that error, it is respectfully requested that the Court modify its previous Order to allow Mr. Weiser to travel to Florida from December 3-13.

I have spoken with AUSA Jilan Kamal who informed me that the Government has no objections to the requested modification and it is my understanding that Pretrial Services also has no objection .

Thank you in advance for your consideration of this request.

Respectfully submitted,

/s/

Avraham C. Moskowitz