**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

January 2, 2024

BY ECF

Hon. Vernon S. Broderick
U.S. District Judge
U.S. Courthouse
40 Center Street
New York, N.Y. 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   01/10/2024

Re: U.S. v. Peter Weiser
23 Cr. 514 (VSB)

Dear Judge Broderick:

    This letter is respectfully submitted on behalf of the defendant Peter Weiser, to request a modification of his bail conditions to allow him to travel to Florida to celebrate the Jewish holidays of Purim and Passover, which take place during the months of March and April.

    If allowed to travel to Florida, Mr. Weiser will leave on March 20 and return on March 27 and then leave again on April 17 and return on May 1. During his time in Florida, he will be staying at his daughter's apartment, 4749 Collins Avenue, Apt. 503, Miami Beach, Fla.

    I have been in contact with AUSA Nicholas Chiuchiolo who informed me that the Government has no objections to the requested bail modifications. Of course, if Mr. Weiser is permitted to travel, he will provide all of the details of his travel arrangements to Pretrial Services.

    Thank you in advance for your consideration of this request.

Respectfully submitted,

/s/

Avraham C. Moskowitz