# MOSKOWITZ COLSON
# GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

March 21, 2024

BY ECF

Hon. Vernon S. Broderick
U.S. District Judge
U.S. Courthouse
40 Center Street
New York, N.Y. 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 03/21/2024

Re: <u>U.S. v. Peter Weiser</u>
23 Cr. 514 (VSB)

Dear Judge Broderick:

By Order dated January 10, 2024, Your Honor modified Mr. Weiser's bail conditions to allow him to travel to Florida on April 17 and return to New York on May 1. As discussed at the most recent status conference on March 13, Mr. Weiser would like to change the dates of his travel so that he can travel to Florida on April 18 and return to New York on May 2. Your Honor granted that request orally at the conference and this letter is being submitted because the Court requested that a letter be submitted so that there is a written record of the Court's approval.

Thank you in advance for your consideration of this letter.

Respectfully submitted,

Avraham C. Moskowitz