UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,              :
                                                :
            -v-                                    :
                                                :          23-CR-514 (VSB)
                                                :
PETER WEISER and THOMAS BRANSKY, :         **ORDER**
                                                :
                 Defendants.   :
                                                :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of Defendants Peter Weiser and Thomas Bransky's motion to dismiss the indictment, which was filed on December 13, 2024.  (Doc. 50.)  The parties are directed to confer regarding a stipulated briefing schedule for the Government's opposition and Defendants' reply, if any.  The parties are directed to submit their proposed briefing schedule by February 28, 2024.

SO ORDERED.

Dated:    February 25, 2025
            New York, New York

                                                                   Vernon S. Broderick
                                                                   United States District Judge