**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

April 7, 2025

**By CM/ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:   *United States v. Peter Weiser & Thomas Bransky*
            23 Cr. 514 (VSB)

Dear Judge Broderick:

     We write to respectfully request a three-week adjournment of the April 7, 2025, deadline to file a motion to compel New York City to produce certain documents and communications it has withheld from the parties. The government consents to this application.

     As the Court is aware, the defense has been engaged in discussions with the New York City Law Department regarding its withholding of certain communications and other documents on privilege grounds. The government has participated in these discussions as well. Consistent with those discussions, the Law Department made a redacted production to the parties on March 18, 2025. The defense is still reviewing the production and anticipates further discussions with the Law Department to narrow the scope of any motion to compel. To afford sufficient time for those discussions to take place and to limit unnecessary motion practice, an adjournment of the filing deadline is warranted.

Thank you for considering this application.

>Respectfully Submitted,
>
>*/s/ Andrew John Dalack*
>
>Andrew John Dalack, Esq.
>Marisa K. Cabrera, Esq.
>Assistant Federal Defenders
>(646) 315-1527
>
>Counsel for Thomas Bransky
>
>Avraham Moskowitz, Esq.
>Christopher Neff, Esq.
>
>Counsel for Peter Weiser

Cc:   Counsel of Record

>The deadline to submit any motions to compel or quash is hereby extended to April 28, 2025.
>
>Dated: April 8, 2025
>
>APPLICATION GRANTED
>SO ORDERED /s/ Vernon S. Broderick
>VERNON S. BRODERICK
>U.S.D.J.

2