# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

*By CM/ECF*
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  7/24/2025
Defense's deadline to file a motion to compel is extended to September 22, 2025.

   Re: *United States v. Peter Weiser & Thomas Bransky*
      23 Cr. 514 (VSB)

Dear Judge Broderick:

  We write to respectfully request an extension to September 22, 2025, of the July 23, 2025, deadline to file a motion to compel New York City to produce certain documents and communications it has withheld from the parties. The government consents to this application.

  As the Court is aware, the defense has been engaged in discussions with the New York City Law Department regarding its withholding of certain communications and other documents on privilege grounds. The government has also participated in those discussions. In connection with those meetings, on June 6, 2025, the defense served on the Law Department detailed annotations to its privilege log challenging the propriety of the Law Department's privilege claims regarding hundreds of documents and/or redactions.

  Earlier today, the Law Department wrote the parties and indicated that it required additional time to review the defense's annotations to its privilege log. Specifically, the Law Department indicated that it intends on preparing a revised production for the parties' review by September 5, 2025. To afford the Law Department adequate time to complete its production, and to allow the defense sufficient time (approximately two weeks) to review the production and prepare any necessary motion to compel, an adjournment of the July 23, 2025, deadline to September 22, 2025, is warranted.

We thank the Court for considering this consent application.

> Respectfully Submitted,
>
> /s/ Andrew John Dalack
> Andrew John Dalack, Esq.
> Marisa K. Cabrera, Esq.
> Assistant Federal Defenders
> (646) 315-1527
> Counsel for Thomas Bransky
>
> Avraham Moskowitz, Esq.
> Christopher Neff, Esq.
> Counsel for Peter Weiser

Cc: Counsel of Record