# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 22, 2025

**By CM/ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.   09/22/2025

Re:   *United States v. Peter Weiser & Thomas Bransky*
      23 Cr. 514 (VSB)

Dear Judge Broderick:

We write to respectfully request an extension to October 6, 2025, of the September 22, 2025, deadline to file a motion to compel New York City to produce certain documents and communications it has withheld from the parties. The government consents to this application.

As the Court is aware, the defense has been engaged in discussions with the New York City Law Department regarding its withholding of certain communications and other documents on privilege grounds. The Government has also participated in those discussions. Presently, the parties in this matter have been engaged in productive negotiations over a pre-trial resolution that, if achieved, would obviate the need for any further motion practice and/or a trial in this case. Accordingly, the defense respectfully submits an adjournment is warranted so that the parties can continue their negotiations without engaging in any unnecessary motion practice.

We thank the Court for considering this consent application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Marisa K. Cabrera, Esq.
Assistant Federal Defenders
(646) 315-1527
Counsel for Thomas Bransky

2

                                                            Avraham Moskowitz, Esq.  
                                                            Christopher Neff, Esq.  
                                                            Counsel for Peter Weiser

Cc:    Counsel of Record