UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
                      -v-                                 :
                                                          :        23-CR-514 (VSB)
                                                          :
PETER WEISER and THOMAS BRANSKY,                          :        **ORDER**
                                                          :
                      Defendants.                         :
                                                          :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On April 13, 2026, I received correspondence from Defendant Peter Weiser's doctor via mail dated March 26, 2026.  This correspondence has been transmitted to Mr. Weiser's attorney and the Government and will not be filed publicly on the docket, as it contains confidential medical information.

SO ORDERED.

Dated:    April 15, 2026
          New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge