UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>PETER WEISER,<br><br>Defendant. | 23-CR-514 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

Having received communication from the Government indicating their unavailability for the August 26th sentencing date, it is hereby:

ORDERED that the sentencing currently scheduled for August 26, 2026, at 11:00 a.m. is adjourned to September 1, 2026, at 11:00 a.m.

SO ORDERED.

Dated: July 20, 2026
New York, New York

Vernon S. Broderick
United States District Judge